FULMER, Judge.
 

 Catalino Burgos appeals his judgment and sentence for second-degree murder following a jury trial and argues that the trial court erred in denying his motion for
 
 *131
 
 judgment of acquittal and in instructing the jury on the lesser-included offense of manslaughter by act. We affirm the denial of Burgos’s motion for judgment of acquittal without comment. With respect to Burgos’s assertion that the trial court fundamentally erred in giving the then-standard jury instruction on the lesser-included offense of manslaughter by intentional act, we affirm pursuant to our decision in
 
 Zeigler v. State,
 
 18 So.3d 1239 (Fla. 2d DCA 2009). As in
 
 Zeigler,
 
 we certify conflict with the First District’s decision in
 
 Montgomery v. State,
 
 — So.3d-, 34 Fla. L. Weekly D360, 2009 WL 350624 (Fla. 1st DCA Feb. 12, 2009),
 
 review granted,
 
 11 So.3d 943 (Fla.2009).
 

 Judgment and sentence affirmed; conflict certified.
 

 NORTHCUTT and VILLANTI, JJ., Concur.